**JEFFREY E. ESTES, ESQ. [SBN: 89102]**
**JEFFREY E. ESTES & ASSOCIATES, APC**
501 W. BROADWAY, SUITE 1650
SAN DIEGO, CA 92101
Telephone: (619) 233-8021
Facsimile: (619) 233-3730
E-mail: Jesteslaw@gmail.com

Attorney for Plaintiff,
JOHN RICHARDSON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARDSON,<br><br>                           Plaintiff,<br><br>        vs.<br><br>LINCOLN PROPERTY COMPANY;<br>LINCOLN MILITARY HOUSING;<br>LIBERTY MILITARY HOUSING; and<br>DOES 1 through 25, Inclusive,<br><br>                           Defendants. | Case No. 3:25-cv-00588-RSH-SBC<br><br>**DOE DESINGATION NO. TWO** |

Plaintiff JOHN RICHARDSON, by and through his attorney Jeffrey E. Estes, hereby designates "LMH PENDLETON QUANTICO PM LP", (formerly known as LPC Pendleton Quantico PM LP) as DOE DEFENDANT NO. 2 in Case No. 3:25-cv-00588-RSH-SBC.

DATED:  March 17, 2025

/s/ Jeffrey E. Estes___
Jeffrey E. Estes, Esq.
Attorney for Plaintiff

- 1 -

Case No. 3:25-cv-00588-RSH-SBC

[DOE DESIGNATION]

**JEFFREY E. ESTES, ESQ.   (CA BAR# 89102)**
**JEFFREY E. ESTES & ASSOCIATES, APC**
501 West Broadway, Suite 1650
San Diego, CA  92101
Telephone: (619) 233-8021
Facsimile: (619) 233-3730
E-mail: Jesteslaw@gmail.com

Attorneys for Plaintiff,
JOHN RICHARDSON

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARDSON,<br><br>          Plaintiff,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY, LLC, a Delaware Limited Liability Company; LINCOLN MILITARY HOUSING, LLC, a Delaware Limited Liability Company; LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Delaware Limited Liability Company; and DOES 1 to 25, inclusive,<br><br>          Defendants. | Case No.:3:25-cv-00588-RSH-SBC<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Jeffrey E. Estes & Associates, 501 W. Broadway, Suite 1650, San Diego, California 92101, my electronic mail address is sasha@jeffreyesteslaw.com. On **March 17, 2025,** I served the foregoing document(s):
1.   **DOE DESIGNATION OF DOE 2**
on the following parties:

**Attorneys for Defendant:**

KRISTIN N. REYNA DEHART, (SBN: 211075 )
Kreyna@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7760
Facsimile: (619) 696-7124

CERTIFICATE OF SERVICE                                                    3:25-cv-00588-RSH-SBC

[ X ]  **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b) (E).

[  ]  by transmitting via **ELECTRONIC MAIL** the document(s) listed above to the email address(es) set forth below to all counsel on this date before 5:00 p.m.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on March 17, 2025 at San Diego, California.

/s/Sasha Stevanovich
Sasha Stevanovich

CERTIFICATE OF SERVICE                                1                                3:25-cv-00588-RSH-SBC